

Signed and Filed: June 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>(Lead Case) (Jointly Administered)<br><br>Chapter 11<br><br>Adv. Pro. No. 19-03008 |
| JH KELLY, LLC,<br>           Plaintiff,<br>v.<br>AECOM TECHNICAL SERVICES, INC.,<br>           Defendant. | **ORDER REGARDING RESPONSE DEADLINES AND STATUS CONFERENCE**<br><br>**[No Hearing Requested]** |
| AECOM TECHNICAL SERVICES, INC.,<br>           Third-Party Plaintiff,<br>v.<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>           Third-Party Defendant. | |

The Court, having considered the stipulation and agreement for order ("**Stipulation and Agreement for Order**") entered into by Pacific Gas and Electric Company (the "**Utility**"), as Third-Party Defendant in the above-captioned adversary proceeding, and Third-Party Plaintiff AECOM Technical Services, Inc. ("**AECOM**", together with the Utility, the "**Parties**"), filed on June 11, 2019 [Adv. Docket No. 54], and, pursuant to such stipulation and agreement of the Parties, and upon the following recitals as stipulated by the Parties:

**RECITALS**

A. On January 29, 2019, the Utility commenced a voluntary case under chapter 11 of title 11 of the United States Code in this Court.

B. On March 14, the Court issued a Notice of Status Conference in a Case Removed to Bankruptcy Court [Adv. Docket No. 12], which set a status conference for May 22, 2019 (the "**Status Conference**").

C. On March 22, 2019, AECOM filed a Third-Party Complaint against the Utility in the Adversary Proceeding [Adv. Docket No. 19] (the "**Third-Party Complaint**").

D. On March 26, 2019, this Court issued a Summons and Notice of Scheduling Conference in the Adversary Proceeding [Adv. Docket No. 21] (the "**Summons**"). The Summons requires that the Utility answer or otherwise move (the "**Response**") with respect to the Third-Party Complaint within 30 days after the issuance of the Summons, *i.e.*, by April 25, 2019.

E. On April 23, 2019, the Parties stipulated that "it is not necessary for the Utility to [answer or otherwise move with respect to the Third-Party Complaint] until after the Motion to Remand Hearing" [Adv. Docket. No. 38] (the "**Response Stipulation**"). In the Response Stipulation, the Parties agreed that the Utility's deadline to file the Response would be June 14, 2019, that AECOM's deadline to oppose the Response, if necessary, would be July 12, 2019, and that the Utility's deadline to reply in further support of the Response, if necessary, would be July 26, 2019 (collectively, the "**Response Stipulation Deadlines**").

F. On May 22, 2019, upon request of the Parties, the Court reset the Status Conference for August 13, 2019, at 9:30 am (PDT).

G. On June 1, 2019, the Parties, along with JH Kelly, LLC ("**JH Kelly**"), agreed to participate in a mediation (the "**Mediation**") in an attempt to resolve the claims between and amongst the Parties and JH Kelly. The Parties currently anticipate that the Mediation will take place on September 4, 2019, and September 5, 2019.

H. The Parties agree that it is not necessary for the Utility to file the Response, nor for the Status Conference to occur, until after the conclusion of the Mediation or withdrawal from the Mediation by either the Utility, AECOM, or JH Kelly.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED HEREIN, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. The Status Conference shall be reset for October 8, 2019.

2. The Response shall be due twenty-one (21) days after the conclusion of the Mediation or withdrawal from the Mediation by either the Utility, AECOM, or JH Kelly, provided that, if the Parties have agreed in principle to settle (and subject to Bankruptcy Court approval) the Third-Party Complaint at the Mediation, the Parties will meet and confer regarding the Response deadline and whether it should be extended or vacated in light of the settlement. The Parties will meet and confer regarding the scheduling of the remaining Response Stipulation Deadlines and the scheduling of a hearing on the Response, if any, to effectuate timeframes within which to proceed that are similar to those contemplated in the Response Stipulation.

APPROVED AS TO FORM AND CONTENT:

**REED SMITH LLP**

/s/ *Marsha Houston*
Marsha Houston

*Attorneys for AECOM Technical Services, LLC*

** END OF ORDER **