| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Theodore Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>────────────<br>JH KELLY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AECOM TECHNICAL SERVICES, INC.,<br><br>Defendant.<br><br>────────────<br>AECOM TECHNICAL SERVICES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Third-Party Defendant. | Case No. 19-30088<br><br>(Lead Case) (Jointly Administered)<br>Chapter 11<br><br>Adv. Pro. No. 19-03008<br><br>*[No Hearing Requested]*<br><br>**SECOND STIPULATION AND AGREEMENT FOR ORDER REGARDING RESPONSE DEADLINES AND STATUS CONFERENCE**<br><br>**Current Status<br>Conference Date:  October 7, 2019**<br>                                     1:30 pm<br><br>Proposed Status<br>Conference Date: Off Calendar, to be<br>                        Reset if Mediation Fails |

This stipulation and agreement for order ("**Second Stipulation**") is entered into by Pacific Gas and Electric Company (the "**Utility**"), as Third-Party Defendant in the above-captioned adversary proceeding (the "**Adversary Proceeding**"), and Third-Party Plaintiff AECOM Technical Services, Inc. ("**AECOM**"). The Utility and AECOM are referred to in this Second Stipulation collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On January 29, 2019, the Utility commenced a voluntary case under chapter 11 of title 11 of the United States Code in this Court.

B. On March 14, the Court issued a Notice of Status Conference in a Case Removed to Bankruptcy Court [Adv. Docket No. 12], which set a status conference in the Adversary Proceeding for May 22, 2019 (the "**Status Conference**").

C. On March 22, 2019, AECOM filed a Third-Party Complaint against the Utility in the Adversary Proceeding [Adv. Docket No. 19] (the "**Third-Party Complaint**").

D. On March 26, 2019, this Court issued a Summons and Notice of Scheduling Conference in the Adversary Proceeding [Adv. Docket No. 21] (the "**Summons**"). The Summons required that the Utility answer or otherwise move (the "**Response**") with respect to the Third-Party Complaint within thirty (30) days after the issuance of the Summons, *i.e.*, by April 25, 2019.

E. On April 23, 2019, the Parties stipulated that "it is not necessary for the Utility to [answer or otherwise move with respect to the Third-Party Complaint] until after the Motion to Remand Hearing" [Adv. Docket. No. 38] (the "**Response Stipulation**"). In the Response Stipulation, the Parties further agreed that the Utility's deadline to file the Response would be June 14, 2019, that AECOM's deadline to oppose the Response, if necessary, would be July 12, 2019, and that the Utility's deadline to reply in further support of the Response, if necessary, would be July 26, 2019 (collectively, the "**Response Stipulation Deadlines**").

F. On May 22, 2019, upon request of the Parties, the Court reset the Status Conference for August 13, 2019, at 9:30 am (PDT).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

G. On June 1, 2019, the Parties, along with plaintiff JH Kelly, LLC ("**JH Kelly**"), agreed to participate in a mediation (the "**Mediation**") in an attempt to resolve the claims between and among the Parties and JH Kelly. The Mediation has commenced and remains in progress.

H. On June 12, 2019, upon request of the Parties [Adv. Docket No. 54], the Court [Adv. Docket No. 55] (1) reset the Status Conference for October 8, 2019 and (2) ordered that the Response would be due twenty-one (21) days after the conclusion of the Mediation or withdrawal from the Mediation by either the Utility, AECOM, or JH Kelly, provided that, if the Parties agreed in principle (and subject to Bankruptcy Court approval) to settle the Third-Party Complaint at the Mediation, the Parties would meet and confer regarding the Response deadline and whether it should be extended or vacated in light of the settlement. The Parties agreed that they would meet and confer regarding the scheduling of the remaining Response Stipulation Deadlines and the scheduling of a hearing on the Response, if any, to effectuate timeframes within which to proceed that would be similar to those contemplated in the Response Stipulation.

I. On September 25, 2019, the Court moved the Status Conference to October 7, 2019 at 1:30 p.m. (PDT) [Adv. Docket No. 56].

J. The Parties agree that it is not necessary for the Utility to file the Response, nor for the Status Conference to occur, until after the conclusion of the Mediation.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The Status Conference shall be taken off calendar.

2. If the Mediation concludes without a settlement, the Parties shall meet and confer as to a briefing schedule for the Response Stipulation Deadlines and hearing date on the Response, if any, and shall jointly propose a new date for the Status Conference.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

DATED: September 30, 2019

/s/ *Peter J. Benvenutti*
**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Pacific Gas and Electric Company*

/s/ *Marsha Houston*
**REED SMITH LLP**
Marsha Houston (#129956)
mhouston@reedsmith.com
Christopher O. Rivas (#238765)
crivas@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Tel: (213) 457-8000
Fax: (213) 457-8080

*Attorneys for AECOM Technical Services, LLC*