

Signed and Filed: October 2, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KELLER & BENVENUTTI LLP |
| Stephen Karotkin (*pro hac vice*) | Tobias S. Keller (#151445) |
| (stephen.karotkin@weil.com) | |
| Ray C. Schrock, P.C. (*pro hac vice*) | |
| (ray.schrock@weil.com) | |
| Theodore Tsekerides (*pro hac vice*) | |
| (theodore.tsekerides@weil.com) | |
| 767 Fifth Avenue | 650 California Street, Suite 1900 |
| New York, NY 10153-0119 | San Francisco, CA 94108 |
| Tel: 212 310 8000 | Tel: 415 496 6723 |
| Fax: 212 310 8007 | Fax: 650 636 9251 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 |
| PG&E CORPORATION, | (Lead Case) (Jointly Administered) |
| -and- | Chapter 11 |
| PACIFIC GAS & ELECTRIC COMPANY, | Adv. Pro. No. 19-03008 |
| Debtors. | *[No Hearing Requested]* |
| JH KELLY, LLC, | **ORDER APPROVING SECOND STIPULATION AND AGREEMENT FOR ORDER REGARDING RESPONSE DEADLINES AND STATUS CONFERENCE** |
| Plaintiff, | |
| v. | |
| AECOM TECHNICAL SERVICES, INC., | |
| Defendant. | |
| AECOM TECHNICAL SERVICES, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Third-Party Defendant. | |

1       The Court, having considered the stipulation and agreement for order ("**Second Stipulation**") entered into by Pacific Gas and Electric Company (the "**Utility**"), as Third-Party Defendant in the above-captioned adversary proceeding, and Third-Party Plaintiff AECOM Technical Services, Inc. ("**AECOM**", together with the Utility, the "**Parties**"), filed on September 30, 2019 [Adv. Docket No. 57], and, pursuant to such stipulation and agreement of the Parties, and upon the recitals as stipulated by the Parties in the Second Stipulation, and which are incorporated herein,

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. The Second Stipulation is approved.
2. Terms defined in the Second Stipulation shall have the same meaning when used in this Order.
3. The Status Conference shall be taken off calendar.
4. If the Mediation concludes without a settlement, the Parties shall meet and confer as to a briefing schedule for the Response Stipulation Deadlines and hearing date on the Response, if any, and shall jointly propose a new date for the Status Conference.

APPROVED AS TO FORM AND CONTENT:

**REED SMITH LLP**

/s/ *Marsha Houston*
Marsha Houston

*Attorneys for AECOM Technical Services, LLC*

\*\* END OF ORDER \*\*